SUSAN E. SEAGER - State Bar No. 204824
sseager1.clinic@law.uci.edu
JACK LERNER - State Bar No. 220661
jlerner@law.uci.edu
UC IRVINE SCHOOL OF LAW
INTELLECTUAL PROPERTY, ARTS, AND TECHNOLOGY CLINIC
PRESS FREEDOM AND TRANSPARENCY PRACTICE
P.O. Box 5479
Irvine, California 92616-5479
Tel: (949) 824-5447 / Fax: (949) 824-2747

Attorneys for Plaintiff
PABLO UNZUETA

ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Tel: (310) 553-3000 / Fax: (310) 556-2920

Attorney for Defendants
COUNTY OF LOS ANGELES,
COUNTY SHERIFF'S DEPARTMENT,
SHERIFF ALEX VILLANUEVA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| PABLO UNZUETA,<br><br>PLAINTIFF,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ALEX VILLANUEVA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO.: 2:21-cv-08378-AB (AGRx)<br><br>Hon. André Birotte Jr.<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COUNTY OF LOS ANGELES; JOINT STIPULATION; [PROPOSED] ORDER**<br><br>FAC filed: Mar. 17, 2022<br>Current response date: Apr. 18, 2022<br>New response date: Sep. 15, 2022<br><br>TRIAL DATE: None Set |

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pablo Unzueta ("Plaintiff"), through his counsel of record, UC IRVINE SCHOOL OF LAW INTELLECTUAL PROPERTY, ARTS, AND TECHNOLOGY CLINIC, and Defendant County of Los Angeles ("Defendant"), through its counsel of record, GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP, as follows:

1.  On April 12, 2022, the Plaintiff and Defendant reached a tentative agreement. As part of this settlement, Defendant shall be dismissed, with prejudice, as a party to this action. In order to settle this matter, and as a condition to the effectiveness of the settlement, it is necessary for the tentative settlement agreement to be presented and approved by Defendant's Claims Board and its Board of Supervisors. It is expected that this process will require approximately five (5) months.

2.  The Plaintiff and Defendant request additional time to complete the settlement of this matter. Specifically, these parties request that the Court enter the proposed order filed concurrently herewith. This order would give the parties 153 days, or by September 15, 2022, within which to either file a dismissal of the entire action against Defendant or file a status report regarding the progress of their settlement efforts. The order would also vacate all dates and pending matters off calendar against Defendant. Good cause exists to enter this order because it will facilitate settlement and because the Plaintiff and Defendant agree. *See* Fed.R.Civ.P. 16(b)(4) (the Court may modify a schedule for good cause); L.R. 16-15 ("It is the policy of the Court to encourage disposition of civil litigation by settlement when such is in the best interest of the parties. The Court favors any reasonable means to accomplish this goal.")

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED:  April 15, 2022 | UC IRVINE SCHOOL OF LAW INTELLECTUAL PROPERTY, ARTS, AND TECHNOLOGY CLINIC |
| | By: /s/ *Susan Seager*_____<br>SUSAN E. SEAGER<br>   *Pro Bono Counsel for Plaintiff*<br>   *Pablo Unzueta* |
| DATED:  April 15, 2022 | GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP |
| | By: /s/ *Andrew Baum*_____<br>ANDREW BAUM<br>   *Attorney for Defendants*<br>   *County of Los Angeles*<br>   *Los Angeles Sheriff's Department*<br>   *Sheriff Alex Villanueva* |

## FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from all the signatories above.

DATED:  April 15, 2022        By: /s/ *Susan Seager*_____
                              SUSAN E. SEAGER