# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PABLO UNZUETA,<br><br>　　　　PLAINTIFF,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF ALEX VILLANUEVA; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　DEFENDANTS. | CASE NO.: 2:21-cv-08378-AB (AGRx)<br><br>Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER ALLOWING DEFENDANTS EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 153 DAYS**<br><br>FAC filed: Mar. 17, 2022<br>Current response date: Apr. 18, 2022<br>New response date: Sep. 15, 2022<br><br>TRIAL DATE: None Set |

1

IT IS HEREBY ORDERED:

In light the parties' tentative settlement agreement, the deadline for Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Sheriff Alex Villanueva to file a responsive pleading shall be extended to September 15, 2022;

**IT IS SO ORDERED**

DATED: _____     By: _____
                                                                                            Hon. André Birotte Jr.
                                                                                            United States District Judge