SUSAN E. SEAGER – State Bar No. 204824
sseager1.clinic@law.uci.edu
JACK LERNER – State Bar No. 220661
jlerner@law.uci.edu
UC IRVINE SCHOOL OF LAW
INTELLECTUAL PROPERTY, ARTS AND TECHNOLOGY CLINIC
PRESS FREEDOM AND TRANSPARENCY PRACTICE
P.O. Box 5479
Irvine, California 92616-5479
Telephone: (949) 824-5447
Facsimile: (949) 824-2747

Attorneys for Plaintiff
PABLO UNZUETA

ANDREW BAUM – State Bar No. 190397
abaum@glaserweil.com
GLASER WEIL FINK HOWARD
   AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorney for Defendants
COUNTY OF LOS ANGELES,
SHERIFF ALEX VILLANUEVA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PABLO UNZUETA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants | Case No.: **2-21-cv-08378-AB (AGRx)**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

STIPULATION TO DISMISS ACTION WITH PREJUDICE - 1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the DISMISSAL WITH PREJUDICE of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**

DATED: October 26, 2022          UC IRVINE SCHOOL OF LAW INTELLECTUAL PROPERTY, ARTS, AND TECHNOLOGY CLINIC

By: ____*/s/ Susan Seager*____
　　SUSAN E. SEAGER
　　*Counsel for Plaintiff*
　　*Pablo Unzueta*

DATED: October 26, 2022          GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: ____*/s/ Andrew Baum*____
　　ANDREW BAUM
　　*Attorney for Defendants*
　　*County of Los Angeles and*
　　*Sheriff Alex Villanueva*

STIPULATION TO DISMISS ACTION WITH PREJUDICE - 2

# **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from all the signatories above.

DATED: October 26, 2022                    By:  */s/ Andrew Baum*
                                                ANDREW BAUM