# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PABLO UNZUETA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants | Case No.: **2-21-cv-08378-AB (AGRx)**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal filed by Plaintiff Pablo Unzueta ("Plaintiff") and County of Los Angeles and Sheriff Alex Villanueva ("Defendants"), the Court hereby DISMISSES WITH PREJUDICE Plaintiff's entire action, including all claims and counterclaims stated herein against all parties. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED

DATE: October 31, 2022

_____
Hon. André Birotte Jr.
United States District Judge